**JUDGE CEDARBAUM**

**07 CV 5578**

Paul P. Rooney (PR-0333)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400
Attorneys for Defendant Mellon Financial Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
RAYMOND VAN COTT                : 07 Civ. _____
                                :
            Plaintiff,          :
    - against -                 : **DEFENDANT MELLON FINANCIAL**
                                : **CORPORATION'S RULE 7.1**
MELLON FINANCIAL CORPORATION    : **DISCLOSURE STATEMENT**
                                :
            Defendant.          :
------------------------------------------------------X

JUN 1 1 2007

Pursuant to Fed. R. Civ. P. 7.1, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Mellon Financial Corporation ("Mellon") hereby certifies that Mellon does not have a parent corporation and that no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

REED SMITH LLP

By: *[signature]*
Paul P. Rooney
599 Lexington Avenue
New York, New York  10022
(212) 521-5435

Attorneys for Mellon Financial Corporation

Dated: June 11, 2007
       New York, New York