Paul P. Rooney (PR-0333)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400

Attorneys for Defendant
Mellon Financial Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RAYMOND VAN COTT                     :     07 Civ. 5578 (MKC) (RLE)
                                     :
            Plaintiff,               :     **DEFENDANT MELLON FINANCIAL**
    - against -                      :     **CORPORATION'S MOTION TO**
                                     :     **DISMISS THE COMPLAINT**
MELLON FINANCIAL CORPORATION         :
                                     :
            Defendant.               :
-------------------------------------------------------X

  Defendant Mellon Financial Corporation ("Mellon") hereby moves this Court, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, that the Complaint against it be dismissed on the following grounds:

  1. Plaintiff's common law cause of action is preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*, as amended ("ERISA").

  2. Mellon is not a proper party to the claim raised in the Complaint.

  3. Plaintiff has failed to name an indispensable party, the Mellon Financial Corporation Displacement Program.

  4. Support for the present Motion is found in the separately filed <u>Affidavit of Audrey F. Bonnett</u>, the attachments thereto, and the brief filed herewith, all of which are incorporated herein.

- 2 -

The motion shall be heard at the United States Courthouse at Courtroom 14A, 500 Pearl Street, New York, New York at 9:30 a.m. on July 12, 2007, or at such other time as the Court directs.

WHEREFORE, Defendant Mellon Financial Corporation prays that this Complaint be dismissed in its entirety with prejudice.

                                            Respectfully submitted,

                                            REED SMITH LLP

                                            By: _____
                                                Paul P. Rooney
                                                599 Lexington Avenue
                                                New York, New York  10022
                                                (212) 521-5435

                                            Attorneys for Mellon Financial Corporation

Dated: June 18, 2007
       New York, New York

Paul P. Rooney (PR-0333)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400

Attorneys for Defendant
Mellon Financial Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RAYMOND VAN COTT                   : 07 Civ. 5578 (MKC) (RLE)
                                                           :
              Plaintiff,                    :
  - against –                               :
                                                           : **ORDER OF COURT**
MELLON FINANCIAL CORPORATION  :
                                                            :
             Defendant.                 :
-------------------------------------------------------X

       **AND NOW** this ___ day of _____ 2007, Defendant Mellon Financial Corporation having filed a motion to dismiss the Complaint against it, the Plaintiff having responded and the Court having given the matter due consideration, **IT IS ORDERED** that the motion be, and the same hereby is, **GRANTED.**

                                                                    _____
                                                                         J.

## CERTIFICATE OF SERVICE

I, Paul P. Rooney, Esq., hereby certify that on June 18, 2007, I caused the annexed DEFENDANT MELLON FINANCIAL CORPORATION'S MOTION TO DISMISS THE COMPLAINT to be served upon Plaintiff via the Court Electronic Case Filing System and United States Mail – Overnight by causing an envelope containing said papers with sufficient postage to effect delivery to be deposited in an official depository addressed as follows:

> Tracey S. Bernstein
> Himmel & Bernstein, LLP
> 928 Broadway, Suite 1000
> New York, New York 10010

_____
PAUL P. ROONEY

Dated: June 18, 2007