AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

RAYMOND VAN COTT,
　　PLAINTIFF,

V.

MELLON FINANCIAL CORPORATION,
　　Defendant.

**APPEARANCE**

Case Number: 07 Civ 5578 (MKC) (RLE)

" ECF FILED "

To the Clerk of this court and all parties of record:

　Enter my appearance as counsel in this case for
　RAYMOND VAN COTT, PLAINTIFF

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/19/2007 | _[signature]_ |
| Date | Signature |
| | TRACEY S. BERNSTEIN    TB-0405 |
| | Print Name    Bar Number |
| | 928 BROADWAY, SUITE 1000 |
| | Address |
| | NEW YORK    NY    10010 |
| | City    State    Zip Code |
| | (212) 631-0200    (212) 631-0205 |
| | Phone Number    Fax Number |