Neil S. Rosolinsky (NR 1869)
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022
(212) 549-0391

Attorneys for Defendant
Mellon Financial Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RAYMOND VAN COTT                             :         07 Civ. 5578 (MGC) (RLE)
                                             :
                Plaintiff,                   :         ECF FILED
        - against -                          :
                                             :
MELLON FINANCIAL CORPORATION                 :
                                             :
                Defendant.                   :
-------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Neil S. Rosolinsky, Esq., an attorney duly admitted to practice before this Court, hereby appears on behalf of Defendant Mellon Financial Corporation in the above-captioned action in place of Paul P. Rooney, Esq., who is no longer with Reed Smith LLP, counsel for Defendant Mellon Financial Corporation.

PLEASE TAKE FURTHER NOTICE that all notices sent in this case, and all papers filed in this case, should be served on the undersigned as follows:

    Neil S. Rosolinsky, Esq.
    REED SMITH LLP
    599 Lexington Avenue, 29th Floor
    New York, New York 10022
    Email: nrosolinsky@reedsmith.com
    Phone: (212) 549-0391
    Fax:   (212) 521-5450

- 2 -

Dated: October 2, 2007

          REED SMITH LLP

          *[signature]*

          By: Neil S. Rosolinsky (NR-1869)
          Email: nrosolinsky@reedsmith.com
          599 Lexington Avenue
          Phone:     (212) 549-0391
          Facsimile: (212) 521-5450

          *Attorney for Defendant*
          *Mellon Financial Corporation*