Paul P. Rooney (PR-0333)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400

Attorneys for Defendant
Mellon Financial Corporation



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAYMOND VAN COTT             :

             Plaintiff,     :
- against -                             :

MELLON FINANCIAL CORPORATION  :

             Defendant.    :
-----------------------------------------------------------X

07 Civ. 5578 (MKC) (MGC) (RLE)

**DEFENDANT MELLON FINANCIAL CORPORATION'S MOTION TO DISMISS THE COMPLAINT**

ECF FILED

Defendant Mellon Financial Corporation ("Mellon") hereby moves this Court, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, that the Complaint against it be dismissed on the following grounds:

1.     Plaintiff's common law cause of action is preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.*, as amended ("ERISA").

2.     Mellon is not a proper party to the claim raised in the Complaint.

3.     Plaintiff has failed to name an indispensable party, the Mellon Financial Corporation Displacement Program.

4.     Support for the present Motion is found in the separately filed Affidavit of Audrey F. Bonnett, the attachments thereto, and the brief filed herewith, all of which are incorporated herein.

*Motion withdrawn.*
*So ordered*
*October 11, 2007*

*United States District Judge*