USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

**MEMO ENDORSED**

Paul P. Rooney (PR-0333)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400

Attorneys for Defendant Mellon Financial Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RAYMOND VAN COTT                                : 07 Civ. 5578 (MGC) (RLE)
                                                :
            Plaintiff,                          :
  - against -                                   : **DEFENDANT MELLON FINANCIAL**
                                                : **CORPORATION'S MOTION TO ADMIT**
MELLON FINANCIAL CORPORATION                    : **DANIEL WILLE AND KRISTEN BELZ**
                                                : **PRO HAC VICE**
            Defendant.                          :
------------------------------------------------------------X

**PLEASE TAKE NOTICE** that on August 8, 2007 at 9:30 a.m. upon the annexed Declaration of Paul P. Rooney, dated July 12, 2007, Declaration of Daniel E. Wille, dated June 26, 2007, and Declaration of Kristen E. Belz, dated June 26, 2007, and the exhibits annexed thereto, the undersigned will move this Court at 500 Pearl Street, New York, New York for an order, under Local Rule 1.3(c) of the Local Civil Rules for the United States District Court for

Motion granted.
So ordered.
November 27, 2007

S/ _____
United States District Judge