AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

## APPEARANCE

Case Number: 07 Civ. 5578 (MGC) (RLE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Mellon Financial Corporation.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/17/2008 | *Gail Eckstein* |
| Date | Signature |
| | Gail M. Eckstein           GE 7734 |
| | Print Name                 Bar Number |
| | Reed Smith LLP, 599 Lexington Avenue |
| | Address |
| | New York    New York    10022 |
| | City         State        Zip Code |
| | (212) 205-6030    (212) 521-5450 |
| | Phone Number      Fax Number |