```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
RAYMOND VAN COTT,                   :    07 Civ. 5578 (MGC) (RLE)
                                    :
              Plaintiff,            :    ECF FILED
     - against -                    :
                                    :
MELLON FINANCIAL CORPORATION,       :    STIPULATION OF
DISPLACEMENT PROGRAM,               :    DISCONTINUANCE
                                    :
              Defendant.            :
------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this action through the undersigned counsel, that whereas none of the parties is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above-entitled action be and the same hereby is, discontinued with prejudice, without attorney fees, costs and expenses to either party as against the other. This Stipulation may be filed without notice with the Clerk of the Court.

Respectfully submitted,

HIMMEL & BERNSTEIN, LLP                REED SMITH LLP

By: _____            By: _____
    Tracey S. Bernstein (TB 0405)          Gail Eckstein (GE 7734)
928 Broadway, Suite 1000               599 Lexington Avenue
New York, New York 10010               New York, NY 10022
(212) 631-0200                         (212) 205-6030

Attorneys for Plaintiff                Attorneys for Mellon Financial Corporation
                                       and the Displacement Program

Dated: October 31, 2008

s/
_____
United States District Judge
May 4, 2010